**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LYSANNE AUGER,**

      **Plaintiff,**

-vs-                   **Case No. 6:08-cv-479-Orl-19KRS**

**UNITED STATES OF AMERICA,**

      **Defendant.**

_____

## ORDER

  This cause came on for consideration after review of the United States of America's Response to Court's Order to Respond [12]. The United States asserts that it has not yet been properly served because Plaintiff addressed the cover letter transmitting the summons and complaint to the United States Attorney rather than to the civil-process clerk of the United States Attorney's Office.

  An earlier version of Federal Rule of Civil Procedure 4(i) required a plaintiff to send a copy of the summons and of the complaint by certified mail "addressed to" the civil-process clerk at the office of the United States Attorney. Effective December 1, 2007, the rule was amended. The current version of Federal Rule of Civil Procedure 4(i) permits a plaintiff to serve the United States Attorney by "deliver[ing] a copy of the summons and of the complaint to the United States attorney for the district where the action is brought . . . or . . . send[ing] a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office." It does not require that the summons and complaint be addressed to the civil-process clerk.

The record reflects that Plaintiff sent the complaint and summons by certified mail to the civil-process clerk at the United States Attorney's office. *See* Doc. No. 9 (certified mail receipt addressed to the civil-process clerk and signed for on June 10, 2008); Doc. No. 12 at 2 (acknowledging that the United States Attorney's office received a copy of the summons and complaint with attachments on June 10, 2008). Because Plaintiff sent the complaint and summons by certified mail to the agency, the Attorney General of the United States, and the United States Attorney in this district, it appears that process has been perfected on Defendant United States of America.  The United States may, if appropriate, challenge the adequacy of service of process through an appropriate motion.

Accordingly, it is **ORDERED** that the United States shall file and serve a response to the complaint on or before September 15, 2008.  The Clerk of Court is directed to deliver a copy of this Order to the United States Attorney's Office, Orlando Division, ATTN: AUSA Hopkins, and to Plaintiff.

**DONE** and **ORDERED** in Orlando, Florida this 22nd day of August, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE